**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-8009**

CHUKS EVARISTUS NWANERI,

Plaintiff - Appellant,

versus

JOHN ASHCROFT, U. S. Attorney General; JANET
RENO, Former U. S. Attorney General; WILLIAM
BARR, Attorney General; RICHARD D. BENNETT, U.
S. Attorney; LYNNE ANN BATTAGLIA, U. S. Attor-
ney; ROBERT HARDING, Assistant U. S. Attorney;
JAN MILLER, Assistant U. S. Attorney; JEFF
BIELSKI, D. E. A. Agent,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-
01-3059-JFM)

Submitted: February 14, 2002      Decided: February 27, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chuks Evaristus Nwaneri, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Chuks Evaristus Nwaneri appeals from the district court's orders dismissing his action and denying his motion for reconsideration. We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nwaneri v. Ashcroft, No. CA-01-3059-JFM (D. Md. Oct. 22 & Nov. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED